STATE of Missouri, Plaintiff/Respondent,

v.

Carl MOSES, Defendant/Appellant.

Carl MOSES, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 64067, 65602.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 27, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 31, 1995.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City,
for respondent.

Before GRIMM, P.J., and CARL R.
GAERTNER and CRANE, JJ.

PER CURIAM.

Defendant was charged with first degree
assault, § 565.050; * three counts of first degree robbery, § 569.020; two counts of attempted first degree robbery, § 564.011; attempted rape, § 566.030; third degree assault, § 565.070; and seven counts of armed
criminal action, § 571.015. A jury convicted
him on all counts.

No jurisprudential purpose would be
served by a written opinion. However, the
parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this
order.

* All statutory references are to RSMo 1986.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).